UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CYNTHIA GENARO,

                Plaintiff,

    v.

HOLIDAY HARBOR, INC.; STEVEN BARRY; and BILL WILLIS,

                Defendants.

                              NO. CIV. S-06-1108 LKK/GGH

                              O R D E R

    The court is in receipt of defendant's motion to dismiss and motion to strike.  The court is also in receipt of plaintiff's oppositions and defendant's replies.

    After defendant filed its motion to dismiss on July 31, 2006, plaintiff filed a first amended complaint on August 4, 2006 without leave of court, prompting defendant to file its motion to strike. Based on the totality of the circumstances, the court has decided to construe plaintiff's first amended complaint as though she had leave of court to file an amended complaint.

////

1

1  Accordingly, the court orders as follows:
2  1.  Defendant's motion to dismiss is DENIED as moot.
3  2.  Defendant's motion to strike is DENIED as moot.
4  3.  Defendant has twenty (20) days from the effective date
5      of this order to file an answer or motion to dismiss
6      with respect to the first amended complaint.
7  4.  The hearing on the pending motions, originally set for
8      September 25, 2006 at 10:00 a.m., is hereby VACATED.
9  IT IS SO ORDERED.
10 DATED: September 14, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2