1  Dennis C Huie    (State Bar No. 184377)
2  HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
   155 Grand Avenue, Suite 600
3  Oakland, CA  94612
   Telephone: 510 - 839-1180
4  Fax: 510 - 839-4804
5  Email: dhuie@hannabrophy.com

6  D. Pat McAleer (State Bar No. 82499)
7  HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
   310 Hemsted Drive, Suite 300
8  Redding, CA 96049
   Telephone: 530-223-6010
9  Fax: 530-223-0813
10 Email: pmcaleer@hannabrophy.com

11 Attorneys for Defendants
12 Holiday Harbor, Inc. and Stephen Barry

13 David Weintraub (State Bar No. 73841)
   Sarah Sandford-Smith Batt (State Bar No. 237967)
14 BEESON, TAYER & BODINE, PC
15 1404 Franklin Street, 5th floor
   Oakland, CA 94612
16 Telephone: 510-625-9700
17 Fax: 510-625-8275
   Email: dweintraub@beesontayer.com
18
19 Attorneys for Plaintiff
   Cynthia Genaro
20
                  UNITED STATES DISTRICT COURT
21       EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
22

23 CYNTHIA GENARO,
           Plaintiff(s),                    Case No.  2:06-CV-01108-LKK-GGH
24 vs.
25                                          **STIPULATION AND ORDER**
   HOLIDAY HARBOR RESORT &                  **AMENDING PRETRIAL**
26 MARINA; STEVEN BARRY; and DOES 1-        **SCHEDULING ORDER**
   20, inclusive,
27         Defendant(s).
28
   Stipulation and Order to Amend Scheduling Order - Case No.  2:06-CV-01108-LKK-GGH        Page 1

**THE STIPULATION**

Defendants Holiday Harbor, Inc. and Steve Barry, and plaintiff Cynthia Genaro, by and through their respective attorneys of record, ("the Parties") hereby stipulate to amending the Court's Pretrial Scheduling Order, issued July 25, 2006, and as amended by the Court's July 26, 2007 minute order, as follows.

    1.    The deadline to designate experts will be continued from May 9, 2007, to June 8, 2007.

    2.    All other dates in the Court's Pretrial Scheduling Order will remain intact.

**GOOD CAUSE**

The Parties set forth the following facts demonstrating good cause to the continue the above deadlines.

    1.    The Parties recently agreed to mediate this case with mediator Gail Killefer. The first available date for all parties and the mediator is May 8, 2007. Because of the mediation, the Parties agreed to continue Plaintiff's taking of three depositions that were scheduled for April 10, April 18, and April 24, of Holiday Harbor employees. The continuation of these depositions is necessary so that the Parties can prepare for mediation, and to avoid further added expense and fees in litigating this case which would be counter-productive in reaching a settlement of this action. The Parties are also expected to designate expert witnesses by May 9, 2007. To avoid the expense of retaining experts before going into mediation and taking further discovery which may prove to be both counterproductive to settlement and unnecessary if this case resolves at mediation, the Parties request that the expert disclosure date be continued.

    2.    The Parties have been diligent in pursuing discovery. The parties have exchanged initial disclosures and all parties have propounded and responded to written

1    discovery which includes interrogatories and requests for production of

2    documents.  Plaintiff also propounded requests for admission which were

3    responded to by Defendant Holiday Harbor.  After the exchange of initial

4    disclosures and written discovery, Defendants took Plaintiff's deposition which

5    took one and one-half day to complete.  Similarly, Plaintiff has taken the

6    deposition of Steve Barry which took one and one-half days to complete.  The

7    Parties have clearly been diligent in moving this case forward.

8        Based on the facts set forth above, the Parties respectfully request that the Court amend

9    the Pretrial Scheduling Order in accordance with the Parties' stipulation.

10   DATED:      April 23, 2007          HANNA, BROPHY, MacLEAN, McALEER and
11                                       JENSEN, LLP

12
                                    By:    /s/
13                                         Dennis C. Huie
14                                         Attorneys for Defendants

15   DATED:      April 12, 2007          BEESON, TAYER & BODINE, P.C.

16
                                    By:    /s/
17                                         David Weintraub
                                           Attorneys for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      Based on the Parties' stipulation, and good cause appearing, the Court hereby grants the

3  Parties' request to amend the Pretrial Scheduling Order as follows:

4      1.      The deadline to designate experts will be continued from May 9, 2007, to June 8,

5          2007.

6      2.      All other dates in the Court's Pretrial Scheduling Order will remain intact.

7  IT IS SO ORDERED.

8  DATED: April 27, 2007.

9

10

11  _____
    LAWRENCE K. KARLTON
12  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**
**[CCP § 1013, C.R.C. § 2008, F.R.C.P. Rule 5]**

I, Dennis C Huie, state:

My business address is Hanna, Brophy, MacLean, McAleer & Jensen, LLP, 155 Grand Avenue, Suite 600, Oakland, CA 94612.  I am employed in the County of Alameda, State of California where this service occurs.  I am over the age of eighteen years and not a party to this action.  On the date set forth below, I served the forgoing document described as:

STIPULATION   AND   ORDER   TO   AMEND   PRETRIAL SCHEDULING ORDER

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

David Weintraub
Beeson, Tayer & Bodine, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612

_____  BY FIRST CLASS MAIL:  I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

_____  BY PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

_____  BY OVERNIGHT MAIL:  I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

_____  BY FACSIMILE:  I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Oakland, California, on:

_____
(Date)                              Dennis C Huie

OKE00005|2002.DOC