David Weintraub, SBN 73841
Sarah Sandford-Smith Batt, SBN 237967
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: 510.625.9700
Facsimile: 510.625.8275
Email: dweintraub@beesontayer.com

Attorneys for Plaintiff
CYNTHIA GENARO

Dennis C. Huie, SBN 184377
HANNA, BROPHY, MacLEAN, McALEER & JENSEN, LLP
155 Grand Avenue, Suite 600
Oakland, CA 94612
Telephone: 510.839.1180
Facsimile: 510.839.4084
Email: dhuie@hannabrophy.com

Attorneys for Defendants
HOLIDAY HARBOR, INC. and STEPHEN BARRY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GENARO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOLIDAY HARBOR RESORT & MARINA; STEVEN BARRY; BILL WILLIS,<br><br>　　　　　Defendants. | Case No. 2:06-CV-01108-LKK-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)]<br><br>Judge:　Honorable Lawrence K. Karlton |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**Case No. 2:06-CV-01108-LKK-GGH**
62585.doc

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: May 17, 2007     BEESON, TAYER & BODINE, PC

By: __/s/_____
 David Weintraub
 Attorneys for Plaintiff
 CYNTHIA GENARO

Dated: May 31, 2007     HANNA, BROPHY, MacLEAN,
                        McALEER & JENSEN, LLP

By: __/s/_____
 Dennis C. Huie
 Attorneys for Defendants
 HOLIDAY HARBOR, INC. and
 STEPHEN BARRY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**Case No. 2:06-CV-01108-LKK-GGH**
62585.doc

PDF created with pdfFactory trial version www.pdffactory.com

# **PROOF OF SERVICE**

I am a citizen of the United States and employed in Alameda County, California. I am over the age of 18 years and not a party to the within-entitled action. My business address is 1404 Franklin Street, 5th Floor, Oakland, CA 94612. On _____, 2007, I served a copy of the within document(s):

**PLAINTIFF'S REQUEST FOR DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. The facsimile machine I used complied with California Rules of Court, Rule 2003, and the machine reported no error. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a record of the transmission, a copy of which is attached to this Proof of Service.

☒ at my business address identified above by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, and by placing the envelope, addressed as set forth below, for deposit in the United States Postal Service that same day in the ordinary course of business. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Dennis Huie<br>Kim-An Hernandez<br>Hanna, Brophy, MacLean, McAleer & Jensen, LLP<br>155 Grand Avenue, Suite 600<br>Oakland, CA 94612 | D. Pat McAleer<br>Hanna, Brophy, MacLean, McAleer & Jensen, LLP<br>310 Hemsted Drive, Suite 300<br>Redding, CA 96049 |

☐ by personally delivering true and correct copies of the document(s) listed above in a sealed envelope, addressed to the person(s) at the address(es) set forth below, by leaving the envelope, which was clearly labeled to identify the attorney(s) being served, with the receptionist or other person apparently in charge at the address(es) set forth below:

☐ See attached service list.

☐ I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____, 2007, at Oakland, California.

_____
Tanya Gatt

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**Case No. 2:06-CV-01108-LKK-GGH**
62585.doc

PDF created with pdfFactory trial version www.pdffactory.com